No. 22-1118 & 22-1168

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

RACHEL BRAYMAN, et al.,
Plaintiffs-Appellees,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC.
Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Court Case No. 1:18-cv-00550-WJM-NRN
The Honorable William J. Martínez

---

## PLAINITFFS-APPELLEES' <u>UNOPPOSED</u> MOTION TO WITHDRAW CAROLINE E. BRESSMAN AS COUNSEL OF RECORD

---

Rachhana T. Srey
Anna P. Prakash
Caroline E. Bressman
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
srey@nka.com
aprakash@nka.com
cbressman@nka.com

*Attorneys for Plaintiffs-Appellees*

1

Plaintiffs, Rachael Brayman, Dana McCarthy, and Adriana Ponce, move to withdraw attorney Caroline E. Bressman as counsel of record in this case. In support of this motion, Plaintiffs state as follows:

1. Undersigned counsel certifies that she conferred with Defendant's counsel regarding this motion. Defendant does not oppose this withdrawal.

2. Under 10th Cir.R. 46.1(A), an attorney who has entered an appearance may not withdraw absent entry of a court order allowing them to do so.

3. Good cause exists to withdraw Ms. Bressman, because she will no longer be practicing law at Nichols Kaster, PLLP effective February 17, 2023.

4. Attorneys from Nichols Kaster, PLLP, Rachhana T. Srey and Anna P. Prakash will continue to represent Plaintiffs in this matter.

5. Withdrawal of Ms. Bressman as counsel for Plaintiffs will not delay these proceedings or prejudice Defendant.

Respectfully submitted this 17th day of February, 2023.

/s/ *Caroline E. Bressman*_____
Rachhana T. Srey
Anna P. Prakash
Caroline E. Bressman
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email:      srey@nka.com

aprakash@nka.com
cbressman@nka.com

Attorneys for Plaintiffs-Appellees

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 146 words, excluding nothing.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point type.

Dated: February 17, 2023

/s/ *Caroline E. Bressman*_____
Rachhana T. Srey
Anna P. Prakash
Caroline E. Bressman
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email:      srey@nka.com
            apraskash@nka.com
            cbressman@nka.com

Attorneys for Plaintiffs-Appellees

## CERTIFICATE OF DIGITAL SUBMISSION

Undersigned counsel certifies that:

1. No privacy redactions were necessary.

2. According to 10th Cir. R. 27.2, paper copies are not required.

3. The digital submission has been scanned for viruses with the most recent version of a commercial virus-scanning program (Windows Defender, Antivirus Version 1.371.870.0, last updated July 26, 2022) and, according to the program, is free of viruses.

Dated: February 17, 2023

/s/ *Caroline E. Bressman*_____
Rachhana T. Srey
Anna P. Prakash
Caroline E. Bressman
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email:     srey@nka.com
           aprakash@nka.com
           cbressman@nka.com

Attorneys for Plaintiffs-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on   February 17, 2023   , I electronically filed the foregoing Unopposed Motion to Withdraw Caroline E. Bressman using the CM/ECF system which will send notification of such filing to the following email addresses:

tcarroll@littler.com
jharpole@littler.com
mphogan@littler.com
jkalk@littler.com
cmartin@littler.com

                                    s/ *Caroline E. Bressman*
                                    Rachhana T. Srey
                                    Anna P. Prakash
                                    Caroline E. Bressman
                                    NICHOLS KASTER, PLLP
                                    4700 IDS Center, 80 South 8th Street
                                    Minneapolis, MN  55402
                                    Telephone: (612) 256-3200
                                    Facsimile: (612) 215-6870
                                    Email:       srey@nka.com
                                                                   aprakash@nka.com
                                                                   cbressman@nka.com

                                    Attorney for Plaintiffs-Appellees