FILED  
United States Court of Appeals  
Tenth Circuit

October 3, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

RACHEL BRAYMAN, individually and on behalf of all other similarly situated individuals; ADRIANA PONCE, individually and on behalf of all other similarly situated individuals; DANA MCCARTHY, individually and on behalf of all other similarly situated individuals,

    Plaintiffs - Appellees,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware corporation,

    Defendant - Appellant.

No. 22-1118  
(D.C. No. 1:18-CV-00550-WJM-NRN)  
(D. Colo.)

---

## JUDGMENT

---

Before **HARTZ**, **EBEL**, and **MATHESON**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed and vacated. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                      Entered for the Court

                      CHRISTOPHER M. WOLPERT, Clerk